# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:08CR227** |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **ROYCE BROWN,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion for an extension of time to file an objection to the Report and Recommendation by defendant Royce Brown (Brown) (Filing No. 27). Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Brown's motion for an extension of time (Filing No. 27) is granted. Brown is given until **on or before September 24, 2008,** in which to file an objection to the Report and Recommendation. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **September 11, 2008 and September 24, 2008**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 11th day of September, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge