IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA, )
                                                    )
                      Plaintiff,           )            8:08CR227
                                                    )
            v.                                  )
                                                    )
ROYCE A. BROWN,                        )                 ORDER
                                                    )
                      Defendant.         )
_____)

          This matter is before the Court on defendant's motion
to continue trial (Filing No. 32).  The Court notes defendant
will file a written waiver of speedy trial.  Accordingly,

          IT IS ORDERED that the motion is granted; trial of this
matter is rescheduled for:

**Monday, December 15, 2008, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111
South 18th Plaza, Omaha, Nebraska.  To give the parties time to
pursue plea negotiations and because of the schedule of the
Court, the ends of justice will be served by continuing this case
and outweigh the interests of the public and the defendant in a
speedy trial.  The additional time between November 3, 2008, and
December 15, 2008, shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial

Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 21st day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court